# Court of Appeals
# of the State of Georgia

ATLANTA, August 18, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0136. MAXX PRITCHETT v. THE STATE.

Maxx Pritchett was tried and convicted of armed robbery and other offenses. After the superior court sentenced him to thirty years in custody, followed by ten years on probation, Pritchett filed a pro se motion in arrest of judgment. On March 18, 2025, the superior court determined that Pritchett's motion was untimely and entered an order dismissing it. On April 21, 2025, Pritchett filed a notice of appeal. We, however, lack jurisdiction.

Pretermitting the substantive issue of whether Pritchett could appeal the superior court's order, his notice of appeal was untimely because it was filed 34 days after the court entered the order. A notice of appeal must be filed within 30 days after entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/18/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*